PROB 12B  
(7/93)

Report Date: November 14, 2011

# United States District Court

for the

## Eastern District of Washington

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

| | |
|---|---|
| Name of Offender:  Dudley Wayne Adcox | Case Number: 2:10CR00045-001 |
| Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, U.S. District Judge | |
| Date of Original Sentence:  9/30/2010 | Type of Supervision:   Supervised Release |
| Original Offense: Manufacture of Counterfeit Federal Reserve Notes, 18 U.S.C. § 471 | Date Supervision Commenced: April 20, 2011 |
| Original Sentence:  Prison - 13 Months; TSR - 36 Months | Date Supervision Expires: April 19, 2014 |

**PETITIONING THE COURT**

To modify the conditions of supervision as follows:

21   You shall reside in a residential reentry center (RRC) for a period of up to 180 days. You shall abide by the rules and requirements of the facility and shall participate in programs offered by the facility at the direction of the supervising officer.

**CAUSE**

On November 8, 2011, this officer was notified by Pioneer Human Services (PHS) staff that the Dudley Adcox submitted a presumptive positive urine sample for methamphetamine. On November 14, 2011, the offender again submitted a presumptive positive urine sample for methamphetamine, in the U.S. Probation Office. Mr. Adcox signed an Eastern District of Washington, U.S. Probation and Pretrial Services, "Admission of Drug Use" form. Dudley Adcox admitted to using methamphetamine on November 8 and 12, 2011.

On November 14, 2011, the offender reported to the U.S. Probation Office as directed. Mr. Adcox acknowledged that he was upset about losing his rental house in Spokane. This officer confirmed with the landlord that Mr. Adcox has to be out of the rental house by November 15, 2011. As a result, the offender will be homeless. Additionally, this officer made contact with the offender's substance abuse counselor. The counselor indicated that the offender's level of treatment care will be increased to intensive outpatient treatment, effective November 14, 2011.

Prob 12B
**Re: Adcox, Dudley Wayne**
**November 14, 2011**
**Page 2**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 11/14/2011

s/Brenda J. Kuest

Brenda J. Kuest
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[XX] The Modification of Conditions as Noted Above
[ ] Other

 s/ Edward F. Shea
Signature of Judicial Officer

 November 14, 2011
Date