PROB 12C
(7/93)

# United States District Court

для the

## Eastern District of Washington

Report Date: November 28, 2012

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

NOV 28 2012

JAMES R. LARSEN, CLERK
_____ DEPUTY
RICHLAND, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Dudley Wayne Adcox                Case Number: 2:10CR00045-001

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: 9/30/2010

Original Offense:       Manufacture of Counterfeit Federal Reserve Notes, 18 U.S.C. § 471

Original Sentence:      Prison - 13 Months;            Type of Supervision: Supervised Release
                        TSR - 36 Months

Asst. U.S. Attorney:    Earl A. Hicks                  Date Supervision Commenced: 4/20/2011

Defense Attorney:       Robert R. Fischer              Date Supervision Expires: 4/19/2014

### PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 4**: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.<br><br>**Supporting Evidence**: Dudley Adcox submitted a urine specimen at the U.S. Probation Office on November 16, 2012, which was confirmed positive for methamphetamine. |
| 2 | **Special Condition # 18**: You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You shall contribute to the cost of treatment according to your ability to pay. You shall allow full reciprocal disclosure between the supervising officer and treatment provider.<br><br>**Supporting Evidence**: Dudley Adcox failed to attend substance abuse treatment at Adept Assessment Center on November 12, 2012. |

Prob12C
Re: Adcox, Dudley Wayne
November 28, 2012
Page 2

|   |   |
|---|---|
| 3 | **Special Condition # 19**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |
|   | **Supporting Evidence**: Dudley Adcox failed to report for substance abuse testing as scheduled on November 21, 2012. |

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: November 28, 2012

s/Richard Law

Richard Law
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

*signature*

Signature of Judicial Officer

11/28/12
Date